AO 451 (Rev. 01/09; DC 4/10) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| BROWN RUDNICK LLP, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 25-853 RDM |
| JOHN DOE | ) | |
| *Defendant* | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* ___10/03/2025___ .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: ___06/29/2026___



ANGELA D. CAESAR, CLERK OF COURT

**Byron M Lee Jr.** Jr.
Digitally signed by Byron M Lee
Date: 2026.06.29 10:29:05 -04'00'

*Signature of Clerk or Deputy Clerk*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

BROWN RUDNICK LLP,                    )
                                      )
                Plaintiff,            )
                                      )
v.                                    )          Case No. 1:25-cv-00853
                                      )
JOHN DOE,                             )
                                      )
                Defendant,            )
                                      )
                and                   )
                                      )
JANE DOE,                             )
                                      )
                Nominal Defendant.    )
                                      )

**STIPULATION AND ~~[PROPOSED]~~ ᴿᴰᴹ ORDER OF FINAL JUDGMENT**

WHEREAS, Plaintiff, Brown Rudnick LLP ("Brown Rudnick") was hired by defendant ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ sued under the pseudonym "John Doe," and nominal defendant ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ sued under the pseudonym "Jane Doe" (collectively, "Defendants") to perform legal services with respect to several matters, pursuant to (i) a September 12, 2023 engagement agreement (the ▮▮▮▮▮▮▮ Engagement Agreement") (see ECF No. 1 ¶ 20); (ii) a December 12, 2023 engagement agreement (the "▮▮▮▮▮▮▮ Engagement Agreement") (see id. ¶ 23); and (iii) a December 14, 2023 engagement agreement (the "▮▮▮▮▮▮▮ Engagement Agreement") (see id. ¶ 26) (collectively, the "Engagement Agreements");

WHEREAS, in the JAMS arbitration captioned: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ before arbitrators ▮▮▮▮▮▮▮▮▮▮ (▮▮▮ Arbitration"), the plaintiff sought to restrict ▮▮▮ ability to freely sell his shares of ▮▮▮▮▮▮▮▮▮▮▮▮ as a result of Brown Rudnick's efforts, Arbitrator

Young determined that ███ was permitted to freely sell the shares in ███ that he acquired between October 4, 2005 and October 10, 2022, which amounts to approximately 66 million shares of ███ (worth over $15 million) held in the name of ███

WHEREAS, Brown Rudnick and Defendants agreed in the ███████████████ Engagement Agreement that Brown Rudnick is entitled to fifteen percent (15%) of any funds recovered, through either settlement or the enforcement of an award (the "Recovery"), in the JAMS arbitration captioned: ███████████████████████████ ███████ before retired ████████████ (the "██████████████

WHEREAS, on March 21, 2025, Brown Rudnick commenced the instant action against Defendants for, *inter alia*, breach of the Engagement Agreements for Defendants' failure to pay Brown Rudnick's legal fees; and

WHEREAS, the parties wish to resolve this action without further litigation;

IT IS HEREBY STIPULATED AND AGREED, by Brown Rudnick, through their undersigned counsel, and by Defendants, who are proceeding in this action *pro se*, subject to the approval of the Court:

1. Plaintiff, Brown Rudnick, has provided legal services to Defendants and fulfilled all obligations owed to Defendants, pursuant to the Engagement Agreements;

2. Defendants breached the ██████████ Engagement Agreement by failing to pay $98,963.00, excluding interest, of legal fees and costs owed to Brown Rudnick;

3. Defendants are further liable to Brown Rudnick for prejudgment interest in the amount of $10,163.44 with respect to ██████████ Engagement Agreement;

4. Defendant ███ breached the ██████████ Engagement Agreement by failing to pay $2,462,262.39, excluding interest, of legal fees and costs owed to Brown Rudnick;

5.     Defendant ████ is further liable to Brown Rudnick for prejudgment interest in the amount of $226,485.64 with respect to the ████████████ Engagement Agreement;

6.     In the ████████████ the Arbitrator determined that Mr. ████ may "freely sell" any shares of ████ that he purchased between October 4, 2005, and October 10, 2022. As a result, Brown Rudnick is entitled to a charging lien over all shares of ████ that ████ purchased between October 4, 2005, and October 10, 2022, as well as any proceeds derived from the subsequent sale of such ████ shares, in an amount sufficient to satisfy the judgment with respect to the ████████████ Engagement Agreement;

7.     Defendant ████ breached the ████████████ Engagement Agreement by failing to pay $467,600.52, excluding interest, of legal fees and costs owed to Brown Rudnick;

8.     Defendant ████ is further liable to Brown Rudnick for prejudgment interest in the amount of $45,684.63 with respect to the ████████████ Engagement Agreement (collectively with paragraphs 2-5 and 7, totaling $3,331,159.62, the "Stipulated Judgment Payment");

9.     Brown Rudnick is entitled to a charging lien of 15% on any Recovery in the ████ ████████

10.     Daily post-judgment interest in favor of Brown Rudnick on the total amount of the Stipulated Judgment Payment, from and after the date that this Stipulation and [Proposed] Order of Final Judgment was submitted to the District Court until the Stipulated Judgment Payment is paid in full, at the applicable federal post-judgment interest rate;

11.     Defendants irrevocably and fully waive any and all right to appeal this Order of Final Judgment, to have it vacated or set aside, to seek or obtain a new trial thereon, or otherwise to attack in any way, directly or collaterally, its validity or enforceability; and

12.     Defendants acknowledge that Defendants have read this Stipulation and [Proposed] Order of Final Judgment, have had the opportunity to have it explained to them by counsel of Defendants' choosing, and fully understand it and agree to be bound thereby.

## ORDER OF FINAL JUDGMENT

Upon the Stipulation of the Parties and good cause appearing therefor:

IT IS HEREBY ORDERED that Judgment shall be entered in this case as follows:



1.     Damages in favor of Brown Rudnick and against Defendant ▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇ in the sum of $3,331,159.62 (the "Stipulated Judgment Payment");

2.     Brown Rudnick is granted a charging lien over all shares of ▇▇▇ that ▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇ purchased between October 4, 2005, and October 10, 2022, as well as any proceeds derived from the subsequent sale of such ▇▇▇ shares, in an amount sufficient to satisfy the judgment with respect to the ▇▇▇▇▇▇ Engagement Agreement;

3.     Brown Rudnick is granted a charging lien equal to 15% on any Recovery in the ▇▇▇▇▇▇▇▇▇

4.     Daily post-judgment interest in favor of Brown Rudnick on the full amount of the Stipulated Judgment Payment ($3,331,159.62), from and after the date that this Stipulation and [Proposed] Order of Final Judgment was submitted to the District Court until the Stipulated Judgment Payment is paid in full, at the applicable federal post-judgment interest rate;

5.     This Order constitutes the final Judgment in this action; and

6.      The Court shall maintain jurisdiction over this Action to resolve any disputes regarding this Stipulation, Order and Judgment.

Dated: September 29, 2025

[SIGNATURES ON NEXT PAGE]

**Brown Rudnick LLP**



  */s/ Joel S. Miliband*

Joel S. Miliband (admitted *pro hac vice*)
General Counsel
BROWN RUDNICK LLP
2211 Michelson Drive
Irvine, CA 92612
Tel: (949) 440-0227
Fax: (949) 252-1514
jmiliband@brownrudnick.com

-and-

Daniel Healy
D.C. Bar No. 475233
BROWN RUDNICK LLP
1900 N Street NW, Fourth Floor
Washington, D.C. 20036
Tel: (202) 440-1700
Fax: (202) 536-1701
dhealy@brownrudnick.com

-and-

Jonathan D. White (admitted *pro hac vice*)
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
Tel: (212) 209-4800
Fax: (212) 209-4801
jwhite@brownrudnick.com

*Attorneys for Plaintiff, Brown Rudnick LLP*

IT IS **SO ORDERED** this 3d day of _October_, 2025.

_Randolph D. Moss_

The Honorable Randolph D. Moss
United States District Judge



U.S. District & Bankruptcy Courts
for the District of Columbia
**A TRUE COPY**
ANGELA D. CAESAR, Clerk

By: Byron M Lee Jr. Digitally signed by Byron M Lee Jr.
Date: 2026.06.29 10:30:05 -04'00'
Deputy Clerk