UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BROWN RUDNICK LLP,

Judgment Creditor,

-against-

MUHAMMAD ZIAULLAH KHAN CHISHTI and SARAH POBERESKIN,

Respondents.

Case No.: 26-mc-00337-JSR

**[PROPOSED] ORDER AUTHORIZING ALTERNATIVE SERVICE**

**UPON CONSIDERATION** of: (i) Judgment Creditor Brown Rudnick LLP's ("Brown Rudnick") Motion for an Order Authorizing Alternative Service upon Respondent Muhammad Ziaullah Khan Chishti ("Chishti") (the "Motion"); (ii) the Memorandum of Law in support thereof; (iii) the Affidavit of Jonathan D. White and the exhibits annexed thereto; and (iv) all other pleadings and proceedings had herein; and for good cause shown, **IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED**.
2. Brown Rudnick is authorized to serve Chishti with the (i) Motion and supporting papers (ECF Nos. 5–7); (ii) Judgment Creditor Brown Rudnick LLP's First Set of Requests for Production of Documents and Things to Respondent Muhammad Ziaullah Khan Chishti (Nos. 1-10), dated July 17, 2026; and (iii) a copy of this Order (collectively, the "Service Documents") by electronic mail to Chishti at the address zia.chishti@gmail.com.

3. Service shall be deemed effective and complete upon transmission of the Service Documents to zia.chishti@gmail.com.

4. Within three (3) business days after transmitting the Service Documents, Brown Rudnick shall file on the docket a declaration or certificate confirming the date and time of transmission and attaching a copy of the transmitting email.

**SO ORDERED.**

Dated: 10/2, 2026

New York, New York

THE HONORABLE JED S. RAKOFF

UNITED STATES DISTRICT JUDGE