UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| BROWN RUDNICK LLP,<br><br>Judgment Creditor,<br><br>v.<br><br>MUHAMMAD ZIAULLAH KHAN CHISHTI and SARAH POBERESKIN,<br><br>Respondents. |

26-mc-337 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

Before the Court is the motion of The Resource Group International Limited ("TRG-I") to intervene in the instant proceeding. See ECF Nos. 26-28. Brown Rudnick LLP opposes TRG-I's motion. See ECF No. 32. Upon review of the arguments of counsel, the Court hereby grants TRG-I's motion to intervene.

TRG-I must file any opposition to Brown Rudnick's Motion for Turnover, see ECF No. 5, no later than October 13, 2026. Any reply is due on October 19. The Clerk of Court is respectfully directed to close to docket entry at ECF No. 26.

SO ORDERED.

Dated: New York, NY
October 9, 2026

JED S. RAKOFF, U.S.D.J.